# United States Bankruptcy Court

Eastern District of Pennsylvania

In re, Priscilla Stuart                                              Case No. 17-14905
    Debtor(s)

Chapter 13

**Request for Notices Pursuant to Rule 2002(g)**

DLJ Mortgage Capital, Inc _____, by its undersigned attorneys, respectfully represents:

1. DLJ Mortgage Capital, Inc _____ is a creditor in above-captioned case.

2. Pursuant to Fed R Bankr P 2002(g), DLJ Mortgage Capital, Inc _____ hereby requests that all notices in this case be mailed to the following, regardless of whether the Court limits the mailing of notices:

Christopher K. Baxter
**Marinosci & Baxter**
Wellington Center
14643 Dallas Parkway, Suite 750
Dallas TX  75254

    Respectfully submitted,

    /s/ Christopher K. Baxter

    Attorney for the Creditor

    **Marinosci & Baxter**
    Wellington Center
    14643 Dallas Parkway, Suite 750
    Dallas TX  75254
    Phone (972) 331-2300
    Fax (972) 331-5240

    17-11934-1