**Stuart, Priscilla**

"Exhibit B"

## LEGAL FEES BREAKDOWN

ATTORNEY FEE: $335.00/hour        2.2 hours x $335.00 =    $737.00
Brad J. Sadek, Esq.

PARALEGAL FEE: $125.00/hour       2.5 hours x $125.00 =    $312.50
Karen Campling
Meghan Hazlett

Total: $737.00 + $312.50 = $1,049.50

---

.3
KMC                            4/25/19
File Modified Plan; Ltr to client

.4
KMC                            3/22/19
File & Serve Motion to Modify

.3
KMC                            3/19/19
Amend and file Amended Schedule J

.4
KMC                            3/14/19
Draft Motion to Modify Plan

.4
BJS                            3/04/19
Discuss stipulation with mortgage company's counsel

.3
KMC                            2/25/19
File Response to Motion for relief

.3
BJS                            2/25/19
Draft Response to Motion for Relief

.2
KMC                            3/05/19
IC from client regarding car accident

.4
BJS                            2/14/19
Reviewed Motion for Relief. Sent letter to client regarding letter.

.3
BJS                            1/23/19
Called client re: arrears email from Trustee's office.

.4
BJS                            1/11/19
Review Motion to Dismiss. Letter to client.

.4
BJS                            6/11/18
Review Motion to Dismiss. Call to client to discuss.

**.2:**
MEH                           3/01/18
   Send faxed authorization to speak to client to mortgage company

**.4**
KMC                           1/08/18
   Draft and file Amended A/B and C and Pre-Confirmation Certificate