UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Priscilla Stuart | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 17-14905AMC |

### ORDER GRANTING DEBTOR'S MOTION TO APPROVE PERSONAL INJURY SETTELEMENT

AND NOW, this _____ day of _____, 2019 upon consideration of the Motion to Approve Personal Injury Settlement it is hereby ORDERED and DECREED that the Debtor may settle her personal injury case in accordance with said Motion and Distribution Sheet, and lastly the Debtor may receive her Exempted damage award;

FURTHER ORDERED:

_____
Hon. Ashely M. Chan