UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|     Priscilla Stuart | : | Chapter 13 |
| | : | |
|     Debtor | : | Case No.: 17-14905AMC |

CERTIFICATE OF SERVICE

    I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Expedited Motion Approve Personal Injury Settlement was made by electronic or Regular US Mail on all interested creditors and the following parties:

**William C. Miller, Esq.**
Chapter 13 Trustee
(Via Electronic Service)

**United States Trustee**
(Via Electronic Service)

**Kevin Malloy, Esq.**
km@disandromalloy.com

Dated: June 3, 2019
/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107